UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF THE APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT AUTHORIZING THE ) No. 13-MJ-19-LM
SEARCH OF THE CELLULAR TELEPHONE )
ASSIGNED CALL NUMBER )
(646) 404-7596 )

## ORDER

Having considered the government's request to delay the notice required by Fed. R. Crim. P. 41, the Court finds that the United States has established reasonable cause for the requested delay pursuant to Fed. R. Crim. P. 41(f)(3) and 18 U.S.C. § 3103a(b).

The Motion to Delay Notice is granted and it is hereby ORDERED that the notice required by Fed. R. Crim. P. 41 shall be delayed for a period of approximately 90 days to July 15, 2013.

This case shall remain sealed during the entirety of the delayed notice period.

Dated: April 15, 2013

_____
Landya B. McCafferty
United States Magistrate Judge